# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Angel Menendez Environmental Services, Inc.)     ASBCA No. 58655
)
Under Contract No. W91278-09-D-0007 )

APPEARANCE FOR THE APPELLANT:     Laurence Schor, Esq.
    Asmar, Schor & McKenna, PLLC
    Washington, DC 20015

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
    Engineer Chief Trial Attorney
    Carolyn J. Fox, Esq.
    Assistant District Counsel
    U.S. Army Engineer District,
    Jacksonville

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 13 March 2014

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58655, Appeal of Angel Menendez Environmental Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals